UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHADEED BARNETT,
   Petitioner

Case No. 1:09-cv-693

vs

Dlott, C.J.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,
   Respondent

**ORDER**

On March 17, 2011, the Court issued a final Order and Judgment in this action, adopting a Report and Recommendation to deny petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 with prejudice. (*See* Docs. 21, 26, 27). In denying federal habeas corpus relief, the Court also refused to issue a certificate of appealability and denied petitioner leave to proceed on appeal *in forma pauperis* upon any showing of financial necessity. (*See* Docs. 26, 27).

On April 5, 2011, petitioner filed a notice of appeal to the United States Court of Appeals for the Sixth Circuit. (Doc. 29). This matter is now before this Court for ruling on petitioner's motions for certificate of appealability and for leave to proceed on appeal *in forma pauperis*, which were also filed on April 5, 2011. (Docs. 30, 31). Because the Court has already ruled on these matters and remains unpersuaded by petitioner's arguments that a certificate of appealability is warranted in this case, petitioner's motions (Docs. 30, 31) are **DENIED.** Petitioner, however, is free to request the issuance of a certificate of appealability and permission to proceed on appeal *in forma pauperis* from the United States Court of Appeals for the Sixth Circuit.

This case is now closed. Therefore, the Clerk of Court is hereby **DIRECTED** to refuse to accept any further pleadings submitted by petitioner for filing in this case.

**IT IS SO ORDERED.**

Date: 4/11/11

Susan J. Dlott, Chief Judge
United States District Court

2